**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BESRA ALI DAWUD and
ABDIRASHID MAHDI OSMAN,

Plaintiffs,

v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; JOSEPH B. EDLOW, *in his official capacity as Director of U.S. Citizenship and Immigration Services*; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

Case No. 26-cv-3941 (LMP/ECW)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal (ECF No. 5) under Federal Rule of Civil Procedure 41(a)(1). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: November 10, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge